FILE COPY

*I, PAM ESTES, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Ron Seale, Individually and as the Representative of the Estate of Clara Lavinia Seale, Plaintiff in the trial court secured an extension of thirty-one (31) days in which to file Appellant's Brief in the following numbered and entitled cause:

**Ron Seale, Individually and as the Representative of the Estate of Clara Lavinia Seale**

**No. 12-15-00004-CV**          *vs.*

**Horace Truett Seale and wife, Nan Seale**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 25 day of November 2015, A.D.



Respectfully yours,

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk